In the Matter of Charles Kaufman, an Attorney, Respondent.
Association of the Bar of the City of New York, Petitioner.

Per Curiam. On October 22, 1942, the respondent was duly convicted in the County Court of Kings County of the crime of grand larceny, second degree. Said crime is a felony. Pursuant to subdivision 3 of section 88 and section 477 of the Judiciary Law (Cons. Laws, ch. 30), therefore, he should be disbarred.

Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

Respondent disbarred.

In the Matter of William R. Klein.— ▆▆▆▆▆▆▆ Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.